# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D23-1801
LT Case No. 2008-CF-1656-B

—————————————————

NEMA HALL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Lake County.
Larry Metz, Judge.

Nema Hall, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

October 3 , 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____